1  ROBERT G. HULTENG, Bar No. 071293
   JOSHUA D. KIENITZ, Bar No. 244903
2  LISA K. HORGAN, Bar No. 267632
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
5  Facsimile:     415.399.8490
   rhulteng@littler.com
6  jkienitz@littler.com
   lhorgan@littler.com
7
   Attorneys for Plaintiff
8  PACIFIC GAS & ELECTRIC COMPANY

9  JEFFREY B. DEMAIN, Bar No. 126715
   EVE H. CERVANTEZ, Bar No. 164709
10 ALTSHULER, BERZON, LLP
   177 Post Street, Suite 300
11 San Francisco, CA 94108
   Telephone:     415.421.7151
12 Facsimile:   415.362.8064
   jdemain@altshulerberzon.com
13 ecervantez@altshulerberzon.com

14 Attorneys for Defendant
   SEIU LOCAL 24/7
15

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 PACIFIC GAS & ELECTRIC          Case No.  CV 10-5288 SBA
   COMPANY,
20                                 **STIPULATION AND ORDER**
                Plaintiff,         **CONTINUING DEFENDANT'S MOTION**
21                                 **FOR JUDGMENT ON THE PLEADINGS**
        v.
22                                 Date:  June 21, 2011
   SEIU LOCAL 24/7,                Time: 1:00 p.m.
23                                 Courtroom 1, 4th Floor
                Defendant.         Judge: Hon. Saundra B. Armstrong
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO.  CV 10-5288 SBA)                    1.          STIPULATION AND [PROPOSED] ORDER
                                                     CONTINUING HEARING ON MOTION FOR
                                                     JUDGMENT ON THE PLEADINGS

## STIPULATION

WHEREAS, Defendant SEIU Local 24/7's ("SEIU") Motion for Judgment on the Pleadings was continued from June 7, 2011 to June 21, 2011 by order of the court [Document 23]; and

WHEREAS, both Robert G. Hulteng and Joshua D. Kienitz, counsel for Plaintiff Pacific Gas and Electric Company ("PG&E"), will be in trial (in California Public Employment Relations Board Case No. SF-CO-124-H) from June 20, 2011 through June 24, 2011;

WHEREAS, counsel for Defendant SEIU Local 24/7 Jeffrey B. Demain will be participating in a previously-scheduled hearing in the U.S. Bankruptcy Court for the Eastern District of California and Eve H. Cervantez will be out of the state on a previously-scheduled trip on June 21, 2011; and

WHEREFORE, THE PARTIES HAVE NOW HEREBY STIPULATED AND AGREED TO RESPECTFULLY REQUEST that:

The hearing on SEIU's Motion for Judgment on the Pleadings currently set for June 21, 2011 be continued to June 28, 2011 at 1:00 p.m.

IT IS SO STIPULATED.

Dated: June 3, 2011

/s/_____
JOSHUA D. KIENITZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
PACIFIC GAS & ELECTRIC COMPANY

Dated: June 3, 2011

/s/_____
EVE H. CERVANTEZ
ALTSHULER, BERZON, LLP
Attorneys for Defendant SEIU LOCAL 24/7

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO.  CV 10-5288 SBA)                    2.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION FOR
JUDGMENT ON THE PLEADINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to stipulation and for good cause appearing, the Court hereby orders the following:

SEIU's Motion for Judgment on the Pleadings currently set for June 21, 2011 will be continued to June 28, 2011 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June 13, 2011

_____
THE HONORABLE SAUNDRA B. ARMSTRONG,
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:102048235.2 048517.1014

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO.  CV 10-5288 SBA)

3.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION FOR
JUDGMENT ON THE PLEADINGS