UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SEIU LOCAL 24/7,<br><br>    Defendant. | Case No:  C 10-5288 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Judgment on the Pleadings,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant, SEIU Local 24/7.

IT IS SO ORDERED.

Dated:  January 30, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge