1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            OAKLAND DIVISION
9
10   PACIFIC GAS & ELECTRIC COMPANY,        Case No: C 10-5288 SBA
11            Plaintiff,                    **JUDGMENT**
12       vs.
13   SEIU LOCAL 24/7,
14            Defendant.
15
16       In accordance with the Court's Order Granting Defendant's Motion for Judgment on
17   the Pleadings,
18       IT IS HEREBY ORDERED THAT final judgment is entered for Defendant, SEIU
19   Local 24/7.
20       IT IS SO ORDERED.
21   Dated: January 30, 2012
                                            _____
22                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge