1  JEFFREY B. DEMAIN (Cal. Bar No. 126715)
   EVE H. CERVANTEZ (Cal. Bar No. 164709)
2  Altshuler Berzon LLP
   177 Post Street, Suite 300
3  San Francisco, California  94108
   Telephone:  (415) 421-7151
4  Facsimile:   (415) 362-8064
   jdemain@altshulerberzon.com
5  ecervantez@altshulerberzon.com

6  Attorneys for Defendant and Counterclaimant
   SEIU Local 24/7
7
   ROBERT G. HULTENG, Bar No. 071293
8  JOSHUA D. KIENITZ, Bar No. 244903
   LISA K. HORGAN, Bar No. 267632
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street
   20th Floor
11 San Francisco, CA 94108.2693
   Telephone: 415.433.1940
12
   Attorneys for Plaintiff and Counterdefendant
13 PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff and  Counterdefendant,<br><br>v.<br><br>SEIU LOCAL 24/7,<br><br>Defendant and Counterclaimant. | Case No. CV 10-5288 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE ATTORNEYS' FEES MOTION**<br><br>Civil Local Rule 6-2<br><br>Courtroom 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |

## STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
## TO FILE ATTORNEYS' FEES MOTION

Whereas, this Court entered judgment for Defendant and Counterclaimant SEIU 24/7 ("the Union") on January 30, 2012;

Whereas, the Union intends to seek attorneys' fees and costs;

Whereas, pursuant to Federal Rule Civil Procedure 54(d)(2)(B) and Civil Local Rule 54-5(a), any such motion for attorneys' fees must be filed within two weeks of the date of judgment, that is, by February 13, 2012;

Whereas, Civil Local Rule 54-5(a) requires counsel for both sides to meet and confer for the purpose of resolving all disputed issues relating to attorneys' fees before bringing such a motion;

Whereas, lead counsel for the Union has a trial starting February 13, 2012 and a reply brief in a major appellate case due on February 16, 2012, and is therefore unable to file the motion within the two weeks allowed by the Rules;

Whereas, Plaintiff and Counter defendant PG&E has agreed to extend the Union's time to file its motion for attorneys' fees, providing that PG&E receives a corresponding time in which to oppose the Union's motion; and

Whereas, the commentary to Civil Local Rule 54-5 acknowledges the "short time period" allotted under the Rule and contemplates that extensions will be sought and granted.

It is therefore stipulated to by and between the parties, and requested that the Court so order:

1) That the Union shall have a two week extension of time, to and including February 27, 2012, in which to file a Motion for Attorneys' Fees;

2) That PG&E shall have a two week extension of time, to and including March 26, 2012, in which to oppose the Union's Motion for Attorneys' Fees;

3) That the Union shall have until April 19, 2012, to file a Reply Brief in support of its Motion for Attorneys' Fees;

//

//

Dated: February 8, 2012.

JEFFREY B. DEMAIN
EVE H. CERVANTEZ
Altshuler Berzon LLP

By: /s/ Eve H. Cervantez
        Eve H. Cervantez

Attorneys for Defendant and Counterclaimant
SEIU Local 24/7

ROBERT G. HULTENG
JOSHUA D. KIENITZ
LISA K. HORGAN
LITTLER MENDELSON

By: /s/ Joshua D. Kienitz
        Joshua D. Kienitz

Attorneys for Plaintiff and Counterdefendant
PACIFIC GAS & ELECTRIC COMPANY

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The motion for attorneys' fees is REFERRED to the Chief Magistrate Judge or her designee for preparation of a report and recommendation.

Dated: 2-10-12_____     By: _____
                                   The Honorable Saundra B. Armstrong
                                   United States District Court Judge