UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>SEIU LOCAL 24/7,<br><br>        Defendant. | Case No:  C 10-5288 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendant shall file its response to Plaintiff's objections to Magistrate Judge Laurel Beeler's Report and Recommendation by no later than June 26, 2012.  Plaintiff's reply shall be filed by no later than July 3, 2012.  Defendant's response is limited to ten (10) pages and Plaintiff's reply is limited to five (5) pages.  The Court will take the matter under submission without oral argument.  Civ. L.R. 7-1(b).

IT IS SO ORDERED.

Dated: June 12, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge