UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEIU LOCAL 24/7,<br><br>　　　　Defendant. | Case No:  C 10-5288 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendant shall file its response to Plaintiff's objections to Magistrate Judge Laurel Beeler's Report and Recommendation by no later than <u>June 26, 2012</u>. Plaintiff's reply shall be filed by no later than <u>July 3, 2012</u>. Defendant's response is limited to ten (10) pages and Plaintiff's reply is limited to five (5) pages. The Court will take the matter under submission without oral argument. Civ. L.R. 7-1(b).

　　　IT IS SO ORDERED.

Dated: June 12, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge